OPINION — AG — ** INJURIES — NATIONAL GUARD — LIABILITY ** SEVERAL MEMBERS OF THE STATE NATIONAL GUARD RECEIVED INJURIES SUFFERED IN THE LINE OF DUTY . . . IS THE STATE LIABLE FOR THESE CLAIMS ? — NEGATIVE — THERE HAS BEEN NO APPROPRIATION MADE FOR THIS APPLICATION. (MILITARY, ARMED FORCES, PERSONAL INJURY) CITE: 44 O.S. 207 [44-207], 62 O.S. 8.5 [62-8.5] (REPEALED) (OWEN J. WATTS)